**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **ROBERT R. GORNTO, individually and as surviving spouse of Donna Gornto,** | ) | |
| **Plaintiff,** | ) | |
| **vs.** | ) | **CIV. ACT. NO. 1:25-cv-358-TFM-MU** |
| **ASCENSION HEALTH ALLIANCE, INC. d/b/a Ascension,** | ) | |
| **Defendant.** | ) | |

**JUDGMENT**

In accordance with the Memorandum Opinion and Order entered on this date adopting the Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED, and DECREED** that this case is is **DISMISSED without prejudice** for lack of standing.

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this 14th day of September, 2026.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE